UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-437-RJC-DCK

| | |
|---|---|
| Administrator-Benefits for the ExxonMobil Savings Plan and for the Family Adjustment Plan, and Life Insurance Company of North America,<br><br>Plaintiffs,<br><br>v.<br><br>James Howard Lenoir; Mary Magdalene Dunton; Dorothy Mae Gibson; Mamie Elizabeth Ann Woodard; Rudy Lenoir; Deborah Marsh; Donna J. Lenoir; Joyce J. Lenoir; Charles E. Lenoir, Jr.; James Howard Lenoir, as Executor of the Estate of Jacob Emanuel Lenoir, Jr.; and Edwina L. Patton,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Plaintiffs' Motion For Leave To Deposit Funds In The Court's Registry" (Document No. 26) filed March 28, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Defendants' response to the pending motion was due by April 16, 2012. To date no response has been filed, and the time to do so has lapsed. The Court advises Defendants that failure to respond may result in Plaintiffs being granted the relief they seek. As such, the undersigned will allow Defendants a brief extension of time to respond.

**IT IS THEREFORE ORDERED** that Defendants shall file a response to the pending "Motion For Leave To Deposit Funds In The Court's Registry" (Document No. 26) on or before **April 27, 2012**.

Signed: April 19, 2012

David C. Keesler
United States Magistrate Judge