IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-437-RJC-DCK

| | |
|---|---|
| ADMINISTRATOR-BENEFITS FOR THE EXXONMOBIL SAVINGS PLAN AND FOR THE FAMILY ADJUSTMENT PLAN, and LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>JAMES HOWARD LENOIR; MARY MAGDALENE DUNTON; DOROTHY MAE GIBSON; MAMIE ELIZABETH ANN WOODARD; RUDY LENOIR; DEBORAH MARSH; DONNA J. LENOIR; JOYCE J. LENOIR; CHARLES E. LENOIR, JR.; <br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of ADR Session" (Document No. 62) notifying the Court that the parties reached a settlement on December 11, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 11, 2013**.

Signed: December 18, 2012

David C. Keesler
United States Magistrate Judge